# JOHANNA ZAPP

550J GRAND STREET • SUITE 5F • NEW YORK, NEW YORK 10002
917-742-4953 • FAX 917-492-1879
**ATTORNEY**
DISTRICT OF COLUMBIA AND NEW YORK BARS

June 17, 2020

**VIA ECF**

Hon. Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Juan Carlos Ramirez Abadia</u>
   09CR772

Dear Judge Cogan,

Yesterday, June 16, 2020, we had hearing before Your Honor in the case of <u>United States v. Juan Carlos Ramirez Abadia</u>, 09CR772, that was adjourned for a status conference until July 23, 2020.

I think it is important to advise the Bureau of Prisons that whatever records or other information they receive regarding this defendant's medical condition should be given to <u>both doctors</u>, Dr. Oppenheim and Dr. Yun, so that their conclusions are based on the identical information.

I fear that Dr. Oppenheim might never be called back or contracted to review the new information leaving us in the same predicament where one doctor knows more than the other in arriving at their conclusions.

AUSA Gina Parlovecchio does no object to this request.

Respectfully submitted,

/s/Johanna S. Zapp
Attorney for Juan Carlos Ramirez Abadia