

U.S. Department of Justice

United States Attorney
Eastern District of New York

MPR
F. #2003R01661

271 Cadman Plaza East
Brooklyn, New York 11201

September 25, 2020

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11210

    Re: <u>United States v. Juan Carlos Ramirez Abadia</u>
     Criminal Docket No. 09-772 (BMC)

Dear Judge Cogan:

  The government respectfully submits this letter in response to the Court's order dated September 22, 2020, directing the government to respond to the defendant's motion, <u>see</u> Dkt. No. 42, within five days.  The government is in the process of conferring with the Bureau of Prisons ("BOP") to obtain the information necessary to respond to the defendant's motion.  The government requests an extension of time to file its response until October 2, 2020, so that it has additional time to gather that information from the BOP and prepare its response.   Defense counsel consents to this request.

          Respectfully submitted,

          SETH D. DuCHARME
          United States Attorney
          Eastern District of New York

       By: _____/s/_____
          Michael P. Robotti
          Assistant U.S. Attorney

cc: Paul Nalven, Esq. (via ECF)