**PAUL R. NALVEN**
ATTORNEY AT LAW

43 WEST 43RD STREET, SUITE 59
NEW YORK, NEW YORK 10036

TEL: (212) 616 - 5540
CELL: (201) 323-6083
NALVENLAW@YAHOO.COM

June 9, 2022

BY ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11210

        Re: Motion for Sealing of Sentencing Hearing Minutes in
        *United States v. Juan Carlos Ramirez-Abadia*, 09-CR-772 (BMC)

Dear Judge Cogan:

      The purpose of this letter is to request that the Court file the minutes for today's sentencing hearing under seal. The sensitivity of the issues discussed at the hearing, including details related to Mr. Ramirez-Abadia's incarceration in the United States, could endanger him and others. Accordingly, it is respectfully requested that the Court file the minutes for the June 9, 2022, sentencing hearing under seal.

                                  Respectfully submitted,

                                    */s/ Paul R. Nalven*
                                       Paul R. Nalven

                                *Counsel for Mr. Ramirez-Abadia*

cc:  Acting Chief Saritha Komatireddy, USAO-EDNY (via ECF)
      Assistant U.S. Attorney Marietou Diouf (via ECF)