Honorable Brian M Cogan
U.S. District Judge
United States District Courier
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y 11201



Re: U.S.V Juan Carlos Ramirez Abadia
(U.S Dist. Ct. ENDY) Docket No. 's 1:04
CR 01064 (S 3/BMC) ; and 1:09 CR 00772-01 (BCM)

Dear Judge Cogan:

My name is Ferney Oliveros, and I am an Evangelical Pastor, part of the pastoral team of the Church of the Nazarene; known as the church of Santidad in Cali (Colombia).

I want to thank you for the opportunity you gave me to express the changes I have seen in Juan Carlos Ramírez Abadía.

I met Juan Carlos through his parents back in 2002. Since 2017 thank God and the U.S. government I have been able to visit him several times and witness how God's love, grace, and mercy has worked in this man's heart, mind, and life. Who through the truth recognizing his crimes has shown signs of genuine repentance and remains firm in his desire for transformation. His way of thinking, speaking, and his desire to restore to society the damage done makes clear the work of the Holy Spirit in his life. He is a man who has always tried to ensure that his children have a different path than the one he took. We have had the opportunity to see him cry thanking God's love and undeserved grace in his life and in his family. Juan Carlos recognizes that it has been God who is giving him a second chance. Juan Carlos has been a man who has understood the importance of giving for the kingdom of God the best of him and maintaining as his main objective that his testimony of genuine repentance and change of life serves as an example so that many, can see and understand that one can be changed, and we can be an example in a society.

Honorable Judge, May the Holy Spirit give you discernment and wisdom to make the best decision as to your sentence and may God's will be done through the American justice represented by you Honorable Judge Cogan.

Thank you again and may God's mercy, compassion and love guide us all.

Sincerely,

Ferney Oliveros

DOCKET & FILE