

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MED
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 21, 2022

<u>By E-mail and ECF</u>

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Juan Carlos Ramirez-Abadia</u>
     <u>Criminal Docket No. 09-772 (BMC)</u>

Dear Judge Cogan:

  The government writes on behalf of the parties in the above-referenced case to confirm the new sentencing date of February 15, 2023, at 3:15 p.m.

         Respectfully submitted,

         BREON PEACE
         United States Attorney

     By:   /s/
         Marietou E. Diouf
         Assistant U.S. Attorney
         (718) 254-6263

cc: Clerk of the Court (BMC) (by E-mail and ECF)
   Counsel of Record (by E-mail)